```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Silly Farm Supplies, Inc.,

                Defendant.

23 Civ. 2422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 21, 2023, the *pro se* office received Defendant's answer to Plaintiff's complaint, ECF No. 1, via mail. *See* ECF No. 11. To date, no counsel has entered a notice of appearance on Defendant's behalf. Defendant is advised that corporations and other artificial entities cannot proceed *pro se*. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *see also Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983).

    Accordingly, by **July 24, 2023**, Defendant shall retain new counsel and such counsel shall file a notice of appearance.

    SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge