```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/26/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Silly Farm Supplies, Inc.,

                Defendant.

23 Civ. 2422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 23, 2023, the Court ordered Defendant to retain counsel and ordered such counsel to file a notice of appearance by July 24, 2023. ECF No. 12. Defendant has not indicated whether it has done so by the Court's deadline. Accordingly, by **August 28, 2023**, Defendant shall retain counsel, and that counsel shall file a notice of appearance by the same date. Defendant is reminded that corporations and other artificial entities cannot proceed *pro se*. *Id.*; *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983).

    Plaintiff is directed to serve a copy of this order and the order at ECF No. 12 on Defendant and to file proof of service on the docket by **August 2, 2023**.

    SO ORDERED.

Dated: July 26, 2023
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge