```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/3/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

          Plaintiff,

-against-

Silly Farm Supplies, Inc.,

          Defendant.

23 Civ. 2422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 26, 2023, the Court ordered Plaintiff to serve a copy of the Court's orders at ECF Nos. 12 and 13 on Defendant and file proof of service on the docket by August 2, 2023. ECF No. 13. That submission is now overdue. Accordingly, Plaintiff is directed to serve a copy of this order and the orders at ECF Nos. 12 and 13 on Defendant and to file proof of service on the docket by **August 10, 2023**.

    SO ORDERED.

Dated: August 3, 2023
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge