UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JANELYS HERNANDEZ, on behalf of herself and
all others similarly situated,

                            Plaintiff,

            -against-

Silly Farm Supplies, Inc.,

                            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/30/2023
```

23 Civ. 2422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 23, 2023, the Court ordered Defendant to retain counsel and for such counsel to file a notice of appearance by July 24, 2023. ECF No. 12. On July 26, 2023, the Court again ordered Defendant to retain counsel and for such counsel to file a notice of appearance by August 28, 2023. ECF No. 13. To date, Defendant's counsel has not filed a notice of appearance.

Accordingly, by **September 29, 2023**, Plaintiff shall advise the Court of her intentions with respect to the continuation of this action. Plaintiff is directed to serve a copy of this order on Defendant and to file proof of service on the docket by **September 6, 2023**.

SO ORDERED.

Dated: August 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge