```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Silly Farm Supplies, Inc.,

                Defendant.

23 Civ. 2422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 30, 2023, the Court directed Plaintiff to advise the court of her intentions with respect to the continuation of this action by September 29, 2023, and to file proof of service of that order by September 6, 2023. Those submissions are now overdue. To date, Defendant's counsel has not filed a notice of appearance.

    Accordingly, by **November 2, 2023**, Plaintiff shall advise the Court of her intentions with respect to the continuation of this action. Plaintiff is directed to serve a copy of this order on Defendant and to file proof of service on the docket by **October 10, 2023**. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated: October 2, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge